1 | **SARA M. PELOQUIN**
California State Bar No. 254945
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5030
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: sara_peloquin@fd.org

5 | Attorneys for Mr. Walters

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE CATHY A. BENCIVENGO)**

| UNITED STATES OF AMERICA, | ) | Case No.: 13CR1562-CAB |
|---|---|---|
| Plaintiff, | ) | Date: June 7, 2013 |
|  | ) | Time: 11:00 a.m. |
| v. | ) |  |
| **KENNARD WALTERS,** | ) | **NOTICE OF MOTIONS AND MOTIONS:** |
| Defendant. | ) |  |
|  | ) | **1) TO COMPEL DISCOVERY;** |
|  | ) | **2) PRESERVE EVIDENCE; AND** |
|  | ) | **3) FILE FURTHER MOTIONS** |

TO:   LAURA E. DUFFY, UNITED STATES ATTORNEY; AND
      PAUL L. STARITA, ASSISTANT UNITED STATES ATTORNEY.

**PLEASE TAKE NOTICE** that on June 7, 2013, at 11:00 a.m., or as soon thereafter as counsel may be heard, Kennard Walters, by and through his attorneys, Sara M. Peloquin, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined below.

**MOTIONS**

Mr. Walters, by and through his attorneys, Sara M. Peloquin, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) to Compel Discovery;

2) to Preserve Evidence; and

5) for Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

*/s/ Sara M. Peloquin*

Dated: May 30, 2013

**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Walters