**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

FILED

14 JAN -6  AM 4: 16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY



| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  13CR1562-CAB |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| KENNARD WALTERS, | |
| Defendant. | |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) as charged in the Indictment/Information:

18 U.S.C. 111 (a) and (b) - ASSAULT ON A FEDERAL OFFICER

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/6/2014

**NUNC PRO TUNC 6/7/2013**

HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE